UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RYAN PHOTOGRAPHER, LLC, a
New York Limited Liability Company,

                    Plaintiff,

            -against-

HUDSON ONE MEDIA, LLC, a Delaware
limited liability company; and DOES 1-10,

                    Defendants.

**ORDER**

26-CV-01941 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on March 9, 2026. (Doc. 1). On March 12, 2026, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Hudson One Media, LLC via Legalinc Corporate Services, Inc. as registered agent on March 11, 2026 (Doc. 8). This case was reassigned to this Court on March 12, 2026, there has been no activity on the docket since.

By June 5, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
        May 5, 2026

_____
Philip M. Halpern
United States District Judge