UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RYAN PHOTOGRAPHER, LLC, a
New York Limited Liability Company,

                Plaintiff,

                -against-

HUDSON ONE MEDIA, LLC, a Delaware
limited liability company; and DOES 1-10,

                Defendants.

**ORDER**

26-CV-01941 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 5, 2026, the Court directed Plaintiff to comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendant, by June 5, 2026. (Doc. 9). Plaintiff filed a letter on May 6, 2026, requesting that the time for Defendant to answer or otherwise file a pre-motion letter with respect to the complaint be extended to May 30, 2026. (Doc. 11). The Court granted that request and warned that no further extensions would be granted. (Doc. 11). On May 29, 2026, Plaintiff filed another letter requesting another extension for Defendant's answer. (Doc. 12). The Court granted that request despite the prior warning, in light of Plaintiff's representations concerning imminent resolution of the action. (Doc. 13). The parties have not settled, and Defendant has not appeared or answered.

Accordingly, Plaintiff shall, by June 17, 2026, comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendant, which includes obtaining a Clerk's Certificate of Default and moving by Order to Show Cause for that relief together with the requisite papers in support.

2

Plaintiff is again warned that failure to strictly comply with this Court's Individual Practices and this Order will result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
        June 18, 2026

_____
Philip M. Halpern
United States District Judge